# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                    **Case Number: 5:03-cr-59-Oc-10GRJ**

**DEREK DONNELL MCNAIR**

**USM Number: 43183-018**

Michael Johnson, CJA
2320 NE 2nd Street, Suite 3A
Ocala, Florida 34470

_____

**JUDGMENT IN A CRIMINAL CASE**
**For Revocation of Supervised Release**

The defendant admitted guilt to violation charge numbers 1, 2, 3, and 4 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State, or local crime while under supervision | February 28, 2006 |
| 2 | Possession of a controlled substance in violation of Condition (7) of the Standard Conditions of Supervision | February 28, 2006 |
| 3 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State, or local crime while under supervision | Febuary 28, 2006 |
| 4 | Alleged new criminal conduct occurring while on supervision in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State, or local crime while under supervision | October 16, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: September 19, 2007

_____
**UNITED STATES DISTRICT JUDGE**
September 21, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

DEREK DONNELL MCNAIR  Page 2 of 2
5:03-cr-59-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 Months to be served consecutively to the sentence imposed in Case Number 5:06-cr-58-Oc-10GRJ**.

The Court recommends to the Bureau of Prisons:

    That defendant be designated for service at FCC Coleman, Florida

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                            UNITED STATES MARSHAL

                                            By:_____
                                                         Deputy U.S. Marshal